[No. 16041-6-III.    Division Three.    May 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
RANDALL CRAIG, *Appellant*.

Appeal from a judgment of the Superior Court for
Stevens County, No. 96-1-00003-0, Larry M. Kristianson,
J., entered August 26, 1996. *Affirmed* by unpublished
opinion per Kato, J., concurred in by Schultheis, C.J., and
Sweeney, J.

[No. 16269-9-III.    Division Three.    May 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY HALL
CALLANDRET, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-1-01308-1, Harold Clarke, J. Pro
Tem., entered December 2, 1996. *Affirmed* by unpublished
opinion per Kurtz, J., concurred in by Schultheis, C.J., and
Kato, J.

[No. 16474-8-III.    Division Three.    May 26, 1998.]

*In the Matter of the Welfare of* BENJAMIN W.E.

TIMOTHY HEYDINGER, ET AL., *Appellants*, v. SUSAN C.,
*Respondent*.

Appeal from a judgment of the Superior Court for Whit-
man County, No. 96-2-00014-9, Wallis W. Friel, J., entered
February 7, 1997. *Affirmed* by unpublished opinion per
Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 39607-2-I.    Division One.    May 26, 1998.]

JAMES B. BULLARD, *Respondent*, v. JAMES P. BAILEY,
*Appellant*.

Appeal from a judgment of the Superior Court for Island
County, No. 93-2-00118-0, Alan R. Hancock, J., entered
October 10, 1996. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Kennedy, C.J., and Becker, J.
Now published at 91 Wn. App. 750.